UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

ALAN & KAREN RUSSELL,            Case No. 08-21175

                                                            Chapter 7 Proceeding
                  Debtor(s).                     Hon. Daniel S. Opperman
_____/

## NOTICE REGARDING FUNDS TO BE
## DEPOSITED IN U.S. REGISTRY

      NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $2.92 for deposit in the U.S. Registry as evidenced by the attached check number 2009, made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds", Under $10 or Unclaimed from the Interim Distribution on or about March 22, 2011, on behalf of the following creditors:

| | | |
|---|---|---|
| 7 | Carson City Hospital | $ 0.55 |
| 9 | Sallie Mae | $2.37 |
| | TOTAL | $2.92 |

DATED: March 28, 2011

                                           /s/ Randall L. Frank
                                           _____
                                           Randall L. Frank (P33189)
                                           Chapter 7 Trustee
                                           310 Davidson Building
                                           P.O. Box 2220
                                           Bay City, Michigan  48707
                                           Telephone: (989) 893-2461
                                           randall.frank@gmail.com